UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LA MICHOACANA MEAT MARKET TM HOLDINGS, LLC, | Case No. 21-C-0076 |
| Plaintiff, | |
| v. | |
| PEDRO JUAREZ, JR. AND LINDO MICHOACAN MEXICAN RESTAURANT, LLC, | |
| Defendants. | |

**ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD TO COMPLAINT**

Based upon the Stipulation of the Parties, IT IS HEREBY ORDERED that the period in which the Defendants Pedro Juarez, Jr. and Lindo Michoacan Mexican Restaurant, LLC may answer, plead, or otherwise respond to the Complaint be extended to March 31, 2021.

Dated this 10th day of March, 2021.

BY THE COURT:

s/ William C. Griesbach
William C. Griesbach
United States District Judge